# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DOMINIC SIMPSON**                                                                                      **PETITIONER**
**ADC # 119441**

VS.                               NO. 5:07CV00273 BD

**LARRY NORRIS, Director,**
**Arkansas Dept. of Correction**                                                                **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered in favor of the Respondent Larry Norris and against Petitioner Dominic Simpson. The petition for writ of habeas corpus (docket entry #2) under 28 U.S.C. §2254 is dismissed with prejudice.

IT IS SO ORDERED this 13th day of December, 2007.


_____
UNITED STATES MAGISTRATE JUDGE